1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    RUBEN VALDEZ,                              No.  2:12-CV-1352-JAM-DMC-P

12              Plaintiff,

13         v.                                    ORDER

14    MATTHEW CATE, et al.,

15              Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the court is plaintiff's motion (Doc. 99) for an extension of

19    time to file objections to the court's August 30, 2018, findings and recommendations.  Good

20    cause appearing therefor, the request is granted.  The parties may file objections within 30 days of

21    the date of this order.

22              IT IS SO ORDERED.

23

24    Dated:  November 29, 2018

25                                               _____
                                                 DENNIS M. COTA
26                                               UNITED STATES MAGISTRATE JUDGE

27

28

                                                  1